**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7974**

---

DAVID WAYNE PRUITT,

Plaintiff - Appellant,

versus

STERLING PROFFITT; JAMES W. FEELEY, M.D.; JOHN
DOES; VIRGINIA GENERAL ASSEMBLY; GEORGE ALLEN,
Governor; RON ANGELONE,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Chief District
Judge. (CA-95-34-R)

---

Submitted: April 15, 1996          Decided: April 30, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Dismissed by unpublished per curiam opinion.

---

David Wayne Pruitt, Appellant Pro Se. Helen Eckert Phillips,
PAYNE, DART, GALLO & PHILLIPS, Charlottesville, Virginia; Pamela
Anne Sargent, Assistant Attorney General, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

    Appellant noted this appeal outside the thirty-day appeal period established by Fed. R. App. P. 4(a)(1), failed to obtain an extension of the appeal period within the additional thirty-day period provided by Fed. R. App. P. 4(a)(5), and is not entitled to relief under Fed. R. App. P. 4(a)(6). The time periods established by Fed. R. App. P. 4 are "mandatory and jurisdictional." <u>Browder v. Director, Dep't of Corrections</u>, 434 U.S. 257, 264 (1978) (quoting <u>United States v. Robinson</u>, 361 U.S. 220, 229 (1960)). The district court entered its order on March 29, 1995; Appellant's notice of appeal was filed on December 4, 1995. Appellant's failure to note a timely appeal or obtain an extension of the appeal period deprives this court of jurisdiction to consider this case. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>